UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN ETZWILER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY WATER<br>RECLAMATION DISTRICT,<br><br>　　　　Defendant. | 2:10-CV-0273-PMP-PAL<br><br>ORDER |

On April 13, 2011, Defendant Clark County Water Reclamation District filed a Motion for Summary Judgment (Doc. #28). On April 14, 2011, the Court entered an Order (Doc. #36) advising Plaintiff of his responsibility to file a timely response to Defendant's Motion for Summary Judgment. Plaintiff has failed to do so and in accord with the Local Rules of Practice of this Court, Plaintiff consents to the granting of Defendant's motion. Moreover, a review of Defendant's Motion for Summary Judgment and supporting exhibits demonstrates that Defendant is entitled to the relief requested.

**IT IS THEREFORE ORDERED that** Defendant Clark County Water Reclamation District's Motion for Summary Judgment (Doc. #28) is **GRANTED**.

///

///

**IT IS FURTHER ORDERED that** the Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff Stephen Etzwiler.

DATED: May 12, 2011.

_____
PHILIP M. PRO
United States District Judge